FILED
CLERK, U.S. DISTRICT COURT

10/18/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RONALD THAI,<br><br>　　　　Defendant. | CR 2:22-cr-00483-DMG<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of MDMA; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
|---|---|

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 25, 2019, in Los Angeles County, within the Central District of California, defendant RONALD THAI knowingly and intentionally distributed 3,4-Methylenedioxymethamphetamine (also known as "MDMA" and "Ecstasy"), a Schedule I controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 28, 2019, in Orange County, within the Central District of California, defendant RONALD THAI knowingly and intentionally distributed at least 50 grams, that is, approximately 441 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

　　　　　/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, and
Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, and
Racketeering Section

GREGG E. MARMARO
Assistant United States Attorney
International Narcotics, Money
Laundering, and Racketeering
Section